IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

ROBERT GLEN COE,                )         C.C.A. No. 02C01-9606-CR-00200
                                )
              Appellant,        )         SHELBY COUNTY
                                )
VS                              )
                                )         **FILED**
STATE OF TENNESSEE,             )
                                )         **April 2, 1997**
              Appellee.         )
                                          **Cecil Crowson, Jr.**
                                          **Appellate Court Clerk**

**ORDER DENYING PETITION TO REHEAR**

Petitioner has filed a petition to rehear. He alleges the Court did not address the exceptions to the statute of limitations with regard to Issues 3, 6, 7, 8, 9, 10, 11, and 14.

Firstly, the judgment of the trial court was affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals; therefore, there was not an in-depth analysis of the various issues.

Furthermore, the Court concluded that Issues 3, 6, 7, 8, 9, 10, and 11 were either waived, previously determined on direct appeal and/or time-barred. Our further examination of each of these issues does not indicate that any of them fall within any of the exceptions under Burford v. State, 845 S.W.2d 204 (Tenn. 1992).

As to Issue 14 our Court determined the issue had been waived and is time-barred. Likewise, we find nothing to indicate that this issue comes within any exception to the statute of limitations under Burford.

The petition is respectfully DENIED. So ordered.

_____
                                          JOE G. RILEY, JUDGE

_____
                                          JOE B. JONES, PRESIDING JUDGE

_____
                                          JOHN H. PEAY, JUDGE